```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 09-60963-CIV-UNGARO
                          MAGISTRATE P. A. WHITE
```

BOBBY LEE BOLT,                 :

    Plaintiff,              :

v.                              :         <u>REPORT OF</u>
                                      <u>MAGISTRATE JUDGE</u>
CITY OF FT LAUDERDALE                     (DE#14)
POLICE DEPT. ET AL.             :

    Defendants.             :
_____

    This Cause is before the Court upon the filing of a <u>pro-se</u> motion to amend and amended complaint, filed by the plaintiff Bobby Lee Bolt (DE#14). Review of the amended complaint compared to the initial complaint as filed, reveals that the amendment adds no new claims or defendants not named in his original complaint. The initial complaint has been screened, and a Preliminary Report has been adopted. Service was Ordered upon the named defendants at government expense, an Answer has been filed, and a pre-trial scheduling order has been entered.

    It is therefore recommended that this Amended Complaint be denied. The plaintiff is cautioned that Local Rule 15.1 requires the filing of one complete complaint in a case, and the plaintiff may not pursue this case by filing pleadings which result in piecemeal ligation.

    It is therefore recommended that DE#14, the plaintiff's motion to amend is denied.

    Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 3rd day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Bobby Lee Bolt, Pro Se
#769289
Gainesville Correctional Institution
Address of Record

Alain Boileau, Esq.
Robert Schwartz, Esq.
Adorno and Yoss
Attorneys of record

Dated this 3rd day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Bobby Lee Bolt, Pro Se
#769289
Gainesville Correctional Institution
Address of Record

Alain Boileau, Esq.
Robert Schwartz, Esq.
Adorno and Yoss
Attorneys of record