UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60963-CIV-UNGARO

BOBBY LEE BOLT,

    Plaintiff,

v.

CITY OF FT. LAUDERDALE
POLICE DEPT., et al.,

    Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's Motion to Amend Complaint, filed September 29, 2009. (D.E. 14.) The Court has considered the motion and the relevant portions of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on November 3, 2009, issued a Report recommending that Plaintiff's motion be denied. (D.E. 26.) On November 25, 2009, Plaintiff filed objections to the Magistrate Judge's Report. (D.E. 27.) The Court has considered Plaintiff's objections but ultimately agrees with the analysis contained in the Magistrate Judge's Report. Accordingly, having conducted a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED. Plaintiff's Motion to Amend Complaint (D.E. 14) is **DENIED**.

DONE AND ORDERED in Chambers, at Miami Florida, this 30th day of November, 2009.

*(signature)*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record
Bobby Lee Bolt, *pro se*