UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60963-CIV-UNGARO

BOBBY LEE BOLT,

    Plaintiff,

v.

OFFICER JAMESON JONES, *et al.*,

    Defendants.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983, filed June 24, 2009. (D.E. 1.)

THE COURT has considered the Complaint and the pertinent portions of the record and is otherwise fully advised in the premises.

This cause was referred to Magistrate Judge Patrick A. White for a pre-trial ruling on all non-dispositive matters and for a Report and Recommendation on all dispositive matters. Currently pending are cross Motions for Summary Judgment. (D.E. 58 & 64.) On December 6, 2010, the Magistrate Judge issued a Report recommending that Defendants' Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be denied. (D.E. 79.)

The parties were afforded the opportunity to file objections to the Magistrate Judge's Report. However, none were filed. This matter is now ripe for review. Upon a *de novo* review of the record, it is

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 79) is

RATIFIED, ADOPTED, and AFFIRMED.  It is further

ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment (D.E. 64) is DENIED.  It is further

ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment (D.E. 58) is GRANTED.  The Court will separately order final summary judgment in favor of Defendants.

DONE and ORDERED in Chambers, at Miami, Florida this _3d_ day of January 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Bobby Lee Bolt, *pro se*